# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



THOMAS C. PRISCU
    Plaintiff

        **v.**

PUERTO RICO MARINE MANAGEMENT, INC. and
PUERTO RICO MARITIME SHIPPING AUTHORITY
    Defendants

**Civil No. 98-1078(SEC)**

## O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 20**<br>"Motion in Compliance with Order" | Moot, as per **Docket # 21**, below. |
| **Docket # 21**<br>"Motion to Report on Status" | **Granted.** The parties shall submit a joint pretrial and settlement report on or before **February 15, 2000.** |

DATE:   December *20*, 1999

SALVADOR E. CASELLAS
/ United States District Judge



