UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THOMAS C. PRISCU
   Plaintiff
       v.              Civil No. 98-1078(SEC)
PUERTO RICO MARINE
MANAGEMENT, INC. and
PUERTO RICO MARITIME
SHIPPING AUTHORITY
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket # 23 "Motion for a Short Extension of Time to Submit the Pretrial and Settlement Report" | **Granted.** The parties will have until **Friday, February 25, 2000,** to file the pretrial and settlement report. |

DATE: February 22, 2000

SALVADOR E. CASELLAS
United States District Judge