IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THOMAS PRISCU | * |
| | * |
| Plaintiff | * |
| | *  Civil No. 98-1078 (SEC) |
| v. | * |
| | * |
| PUERTO RICO MARINE | * |
| MANAGEMENT, INC. | * |
| | * |
| Defendants | * |

## ORDER

Pending is attorney Ralph J. Mellusi's motion for admission *pro hac vice* (**Docket # 27**). Counsel appears to comply with all the requirements for admission pursuant to Local Rule 204. However, he has failed to comply with the requirement set forth in the notice to counsel and to the public issued on May 27, 1997. This notice reads:

> Attorneys appearing pro hac vice must comply with the provisions set forth in Local Rule 204 of the Local Rules for the District of Puerto Rico, and pay one hundred and fifty dollars ($150.00) per appearance in each new case before this Court.

Accordingly, Mr. Mellusi's petition (**Docket # 27**) is hereby **DENIED**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 26 day of April, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)