IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THOMAS C. PRISCU | * |
| Plaintiff | * |
| | * Civil No. 98-1078 (SEC) |
| v. | * |
| PUERTO RICO MARINE MANAGEMENT, INC. | * |
| Defendants | * |

## ORDER

Before the Court is attorney Ralph J. Mellusi's application for admission *pro hac vice* as attorney of record for plaintiff Thomas C. Priscu. (**Docket # 29**). The Court has reviewed this application and finds it in compliance with Local Rule 204.2. A check in the amount of one hundred and fifty dollars ($150.00) has also been deposited with the Clerk of the Court. Accordingly, attorney Ralph J. Mellusi's application for admission *pro hac vice* (**Docket # 29**) is hereby **GRANTED**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 9TH day of May, 2000.

SALVADOR E. CASELLAS
United States District Judge




AO 72A
(Rev. 8/82)