IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THOMAS C. PRISCU | * |
| Plaintiff | * Civil No. 98-1078(SEC) |
| v. | * |
| PUERTO RICO MARINE MANAGEMENT INC., and PUERTO RICO MARITIME SHIPPING AUTHORITY | * |
| Defendants | * |

**JUDGMENT**

The Court has reviewed the parties' stipulation for voluntary dismissal (**Docket #32**) and finds that it complies with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, plaintiff's claims against Puerto Rico Marine Management, Inc. and Puerto Rico Maritime Shipping Authority are hereby **DISMISSED with prejudice.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 7 day of December, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)